IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

RYAN J. SULLIVAN,
    Plaintiff,

v.                                                                Civil No. 3:24cv281 (DJN)

LIEUTENANT BRANCH, *et al.*,
    Defendants.

**MEMORANDUM OPINION**

On April 19, 2024, the Court conditionally docketed Plaintiff's action. (ECF No. 3.) Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on May 30, 2024, the Court directed Plaintiff to pay an initial partial filing fee of $44.23 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. (ECF No. 9); *see* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Final Order shall issue.

                                                                       /s/
                                                       David J. Novak
                                                       United States District Judge

Richmond, Virginia
Dated: July 25, 2024