IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

RYAN J. SULLIVAN,
    Plaintiff,

v.                                               Civil No. 3:24cv281 (DJN)

LIEUTENANT BRANCH, *et al.*,
    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on April 19, 2024, the Court conditionally docketed Plaintiff's action. At that time, the Court informed Plaintiff that he must keep the Court advised of his current address. On November 15, 2024, the United States Postal Service returned a October 29, 2024 Memorandum Order to the Court marked, "RETURN TO SENDER," and "NOT AT THIS ADDRESS." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Order shall issue.

                                                                         /s/
                                                David J. Novak
                                                United States District Judge

Alexandria, Virginia
Date: November 21, 2024